# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

United States of America
v.
MARK ADWAR ODISHO

Defendant(s)

Case No. 1:26-mj- 330

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Bradley in the Eastern District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 611 | Voting by Aliens |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sean D. Reid, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2026

*Judge's signature*

City and state: Chattanooga, Tennessee

Mike Dumitru, U.S. Magistrate Judge

*Printed name and title*